*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF NEW YORK*

## JUDGMENT IN A CIVIL CASE

**BISHME SMITH,**
                    **Plaintiff,**

   **vs.**                                                    **5:25-CV-1077**
                                                              **(MAD/DJS)**

**CLARENCE J. SMITH; YOLANDA A. KING,**
**ANTHONY MANGOVSKI, ESQ., HEATHER VINCENT, ESQ.,**
**JULIE A. CERIO, ONONDAGA COUNTY FAMILY COURT,**
**DAVID M. PRIMO, SYRACUSE CITY SCHOOL DISTRICT,**
**ONONDAGA COUNTY CHILD PROTECTIVE SERVICES (CPS),**
**MICHAEL J. KERWIN, ESQ., ROBIN C. ZIMPEL, ESQ., and**
**COUNTY ATTORNEY OF ONONDAGA COUNTY,**
                    **Defendants.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Magistrate Judge Stewart's Report-Recommendation and Orders (Dkt. No. 22 in 5:25-CV-1077 and Dkt. No. 20 in 5:26-CV-05) are **ADOPTED in their entirety** for the reasons set forth herein; and the Court further **ORDERS** that Plaintiff's complaints (Dkt. No. 23 in 5:25-CV-1077 and Dkt. No. 18 in 5:26-CV-05) are **DISMISSED** without prejudice and without leave amend; and the Court further **ORDERS** that Plaintiff's motion to strike (Dkt. No. 24) and motion to supplement (Dkt. No. 26) in Case No. 5:25-CV-1077 are **DENIED**; and the Court further **ORDERS** that Plaintiff's motion for a temporary restraining order (Dkt. No. 3), motion to strike (Dkt. No. 21), motion for an order (Dkt. No. 23), motion to supplement (Dkt. No. 24), and motion to strike (Dkt. No. 29) in Case No. 26-CV-05 are **DENIED**; and the Court further **ORDERS** that the Clerk of the Court shall file this Memorandum-Decision and Order in both cases 5:25-CV-1077 and 5:26-CV-05; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Defendants' favor and close both cases, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Mae A. D'Agostino, dated the 11th day of May, 2026.

DATED: May 11, 2026

Clerk of Court

s/Britney Norton

Britney Norton
Deputy Clerk